UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CRESTA CAPITAL STRATEGIES, LLC.,

          Plaintiff,

    -against-                              08 Civ. 2399 (LAK)

APPROVED CASH ADVANCE CENTERS, LLC.,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/31/08

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        By Order dated 3/17/08, counsel were warned that failure to file an amended notice of removal by 3/25/08 would result in the action being remanded. As of today, no amended notice has been filed. Accordingly, this case is ORDERED remanded New York Supreme Court, New York County.

        SO ORDERED.

Dated: March 31, 2008

                                                            Lewis A. Kaplan
                                                      United States District Judge