UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CRESTA CAPITAL STRATEGIES, LLC,

                Plaintiff,

- against –

APPROVED CASH ADVANCE CENTERS, LLC,

                Defendant.
------------------------------------------------------------------x

Case No.: 08-2399
(Kaplan, J.)

**NOTICE OF APPEARANCE**

C O U N S E L:

      **PLEASE TAKE NOTICE** that the undersigned firm hereby appears in the above matter as counsel for plaintiff Cresta Capital Strategies, LLC, and demands that all further correspondence, pleadings and papers relating to this matter be served upon the undersigned.

Dated: May 28, 2008
       Mineola, New York

                          WESTERMAN BALL EDERER MILLER
                              & SHARFSTEIN, LLP

                       By: _____
                              Daniel G. Lyons, Esq. (DL 5406)
                              170 Old Country Road, Suite 400
                              Mineola, New York  11501
                              (516) 622-9200
                              *Attorneys for Plaintiff*

To:   Law Offices of Seedorf & Scheld
       Attorneys for Defendant
       3453 East Tremont Avenue
       Bronx, New York  10465