UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Cresta Capital
Plaintiff,

-v-

Approved Cash
Defendant.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 cv 2399 (LAK)(AJP)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:* _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.
Dated 6/18/09

SO ORDERED.

_____
United States District Judge