SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRESTA CAPITAL STRATEGIES, LLC,

                Plaintiff,

    - against -

APPROVED CASH ADVANCE CENTERS, LLC

                Defendant

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

08 CIV 2399

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of **Charles J. Scheld**, attorney for **Approved Cash Advance Centers, LLC**, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: **H. Wayne Grant**

    Firm Name: **Grant, Konvalinka & Harrison, PC**

    Address: **633 Chestnut Street, Suite 900**

    City/State/Zip: **Chattanooga, Tennessee 37450**

    Telephone/Fax: **423-756-8400/423-756-6518**

    Email Address: hwgrant@GKHPC.com

is admitted to practice pro hac vice as counsel for **Approved Cash Advance Centers, LLC** in the above captioned case in the United States District court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

6/18/08 _____
United States District/Magistrate Judge
Part I

FOR OFFICE USE ONLY: FEE PAID$ _____ SDNY RECEIPT # _____
SDNY Form Web 10/2006