SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CRESTA CAPITAL STRATEGIES, LLC,**

              Plaintiff,

- against -

**APPROVED CASH ADVANCE CENTERS, LLC**

              Defendant

JUDGE KAPLAN

08 CIV 2399

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Charles J. Scheld**, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: **William T. Alt**
Firm Name: **William T. Alt, PC**
Address: **300 Forest Avenue**
City/State/Zip: **Chattanooga, Tennessee 37405**
Phone Number: **423-756-7560**
Fax Number: **423-756-0975**

**William T. Alt** is a member in good standing of the Bar of the States of

Tennessee
There are no pending disciplinary proceedings against **William T. Alt** in any State or Federal court.

Dated: **June 11, 2008**
City, State: **Chattanooga, Tennessee**

Respectfully submitted,

*/s/ Charles J. Scheld*

Sponsor's
SDNY Bar: 0473
Firm Name: Seedorf & Scheld
Address: 3453 East Tremont Avenue
City/State/Zip: Bronx, New York 10465
Phone Number: 718-828.8270
Fax Number: 718-824-3355

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

CRESTA CAPITAL STRATEGIES, LLC,

                    Plaintiff,

- against -

**APPROVED CASH ADVANCE CENTERS, LLC**

                    Defendant

*Judge Kaplan*

08 CIV 2399

**AFFIDAVIT OF
Charles J. Scheld**
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York )
                     ) ss:
County of Bronx )

Charles J. Scheld, being duly sworn, hereby deposes and says as follows:

1. I am **Charles J. Scheld of counsel at Seedorf & Scheld**, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit **William T. Alt** as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February, 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known **William T. Alt** since January, 2008.

4. **Mr. Alt is of counsel at William T. Alt, PC**.

5. I have found **Mr. Alt** to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of **William T. Alt**, pro hac vice, which is attached hereto as Exhibit A.

7. I respectfully submit a proposed order granting the admission of **William T. Alt**, pro hac vice, to represent Defendant in the above captioned matter, be granted.

**WHEREFORE** it is respectfully requested that the motion to admit **William T. Alt**, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:
City, State:
Notarized:

                                                Respectfully submitted,

                                                Name of Movant: CHARLES J. SCHELD

                                                SDNY Bar Code: 0473

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

**CRESTA CAPITAL STRATEGIES, LLC,**

                Plaintiff,

      - against -

**APPROVED CASH ADVANCE CENTERS, LLC**

                Defendant

**08 CIV 2399**

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of **Charles J. Scheld**, attorney for **Approved Cash Advance Centers, LLC**, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  **William T. Alt**

    Firm Name:  **William T. Alt, PC**

    Address:  **300 Forest Avenue**

    City/State/Zip: **Chattanooga, Tennessee   37405**

    Telephone/Fax: **423-756-7560/423-756-0975**

    Email Address:  w.alt@att.net

is admitted to practice pro hac vice as counsel for **Approved Cash Advance Centers, LLC** in the above captioned case in the United States District court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                          _____
                                          United States District/Magistrate Judge

FOR OFFICE USE ONLY:   FEE PAID$_____   SDNY RECEIPT #_____
SDNY Form Web 10/2006



# BOARD OF PROFESSIONAL RESPONSIBILITY
### of the
## SUPREME COURT OF TENNESSEE

**NANCY S. JONES**
CHIEF DISCIPLINARY COUNSEL
**SANDY GARRETT**
DEPUTY CHIEF DISCIPLINARY COUNSEL - LITIGATION
**JAMES A. VICK**
DEPUTY CHIEF DISCIPLINARY COUNSEL - INVESTIGATIONS
**BEVERLY P. SHARPE**
CONSUMER COUNSEL DIRECTOR

1101 KERMIT DRIVE, SUITE 730
NASHVILLE, TENNESSEE 37217
TELEPHONE: (615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
E-MAIL: ethics@tbpr.org
Website: www.tbpr.org

**WILLIAM W. HUNT, III**
**CHARLES A. HIGH**
**DARYL J. BRAND**
**M. KRISANN HODGES**
**RANDALL J. SPIVEY**
DISCIPLINARY COUNSEL

June 9, 2008

TO WHOM IT MAY CONCERN:

   Re:  William Thomas Alt
       BPR #001587

Gentlemen:

      On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

      This letter is to certify that the above named attorney is registered with this office on active status and is in good standing. His fitness to practice law or conduct as an attorney has never been challenged.

      Sincerely,

      Nancy Mattson
      Registration Director

/nm