UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
CRESTA CAPITAL STRATEGIES, LLC,      Case No.: 08-2399
   (Kaplan, J)
      Plaintiff,

   **NOTICE OF APPEARANCE**

- against –

APPROVED CASH ADVANCE CENTERS, LLC,

      Defendant.
-----------------------------------------------------------------------x

**C O U N S E L:**

   **PLEASE TAKE NOTICE** that the undersigned firm hereby appears in the above matter as counsel for plaintiff Cresta Capital Strategies, LLC, and demands that all further correspondence, pleadings and papers relating to this matter be served upon the undersigned.

Dated: June 26, 2008
   Mineola, New York

      WESTERMAN BALL EDERER MILLER
        & SHARFSTEIN, LLP


      By:   _/s/_ Jeffrey A. Miller____
         Jeffrey A. Miller (JM-6352)
         170 Old Country Road, Suite 400
         Mineola, New York 11501
         (516) 622-9200
         *Attorneys for Plaintiff*

To:   Law Offices of Seedorf & Scheld
      Attorneys for Defendant
      3453 East Tremont Avenue
      Bronx, New York 10465