UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CRESTA CAPITAL STRATEGIES, LLC,

                   Plaintiff,

- against -

APPROVED CASH ADVANCE CENTERS, LLC,

                   Defendant.
-----------------------------------------------------------------x

Case No.: 08-2399
(Kaplan, J.)

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE,** that upon the annexed affidavit of Jeffrey A. Miller, Esq., sworn to on July 15, 2008, the annexed affidavit of Abraham Mirman, sworn to on July 15, 2008, the exhibits annexed thereto, the accompanying memorandum of law and upon all the pleadings, papers and proceedings had herein, the undersigned hereby moves this Court, before the Honorable Lewis A. Kaplan, for an Order pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and New York Disciplinary Rule 5-102, codified at 22 NYCRR § 1200.21: (i) disqualifying John Anderson, Esq., H. Wayne Grant, Esq., and their law firm, Grant, Konvalinka & Harrison, P.C., from representing defendant in this action; and (ii) granting plaintiff such other and further relief as the Court deems just, proper and equitable.

     **PLEASE TAKE FURTHER NOTICE**, that pursuant to Local Civil Rule 6.1(b) for the United States District Courts for the Southern and Eastern Districts of New York, answering affidavits and memoranda, if any, must be served within ten business days of service of these moving papers.

Dated: Mineola, New York
       July 15, 2008

                                    Respectfully submitted,

                                    WESTERMAN BALL EDERER MILLER
                                    & SHARFSTEIN, LLP

                            By: _____
                                    Jeffrey A. Miller, Esq. (JM 6352)
                                    170 Old Country Road, Suite 400
                                    Mineola, New York 11501
                                    (516) 622-9200
                                    *Attorneys for Plaintiff*

TO:    Grant, Konvalinka & Harrison, P.C.
        John Anderson, Esq.
        H. Wayne Grant, Esq.
        Ninth Floor, Republic Centre
        Chattanooga, Tennessee 37450
        (423) 756-8400
        *Attorneys for Defendant*

        William T. Alt, Esq.
        300 Forest Avenue
        Chattanooga, Tennessee 37405
        (423) 756-7560
        *Attorneys for Defendant*

        Law Offices of Seedorf & Scheld
        Charles J. Scheld, Esq.
        3453 East Tremont Avenue
        Bronx, New York 10465
        (718) 828-8270
        *Attorneys for Defendant*

116749