UNITED STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CRESTA CAPITAL STRATEGIES, LLC,            Case No.: 08-2399
                                           (Kaplan, J.)
                Plaintiff,          (Peck, M.J.)

      - against -                       **NOTICE OF MOTION**

APPROVED CASH ADVANCE CENTERS, LLC,

                Defendant.
-------------------------------------------------------------------x

    **PLEASE TAKE NOTICE,** that upon the annexed affidavit of Jeffrey A. Miller, Esq., sworn to on July 16, 2008, the exhibits annexed thereto, the accompanying memorandum of law and upon all the pleadings, papers and proceedings had herein, the undersigned hereby moves this Court, before the Honorable Magistrate Judge Andrew J. Peck, for an Order pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and the Court's inherent power: (i) imposing sanctions against defendant Approved Cash Advance Centers, LLC and/or defendant's counsel for, among other things, defendant's failure to appear at the Court-ordered June 30, 2008 settlement conference; (ii) directing defendant and/or its attorneys to pay plaintiff the sum of $4,365.00; and (iii) granting plaintiff such other and further relief as the Court deems just, proper and equitable.

    **PLEASE TAKE FURTHER NOTICE,** that pursuant to Local Civil Rule 6.1(b) for the United States District Courts for the Southern and Eastern Districts of New York, answering affidavits and memoranda, if any, must be served within ten business days of service of these moving papers.

Dated: Mineola, New York
July 16, 2008

                    Respectfully submitted,

                    WESTERMAN BALL EDERER MILLER
                    & SHARFSTEIN, LLP

By: _____
     Jeffrey A. Miller, Esq. (JM 6352)
     170 Old Country Road, Suite 400
     Mineola, New York 11501
     (516) 622-9200
     *Attorneys for Plaintiff*

TO:    Grant, Konvalinka & Harrison, P.C.
        John Anderson, Esq.
        H. Wayne Grant, Esq.
        Ninth Floor, Republic Centre
        Chattanooga, Tennessee 37450
        (423) 756-8400
        *Attorneys for Defendant*

        William T. Alt, Esq.
        300 Forest Avenue
        Chattanooga, Tennessee 37405
        (423) 756-7560
        *Attorneys for Defendant*

        Law Offices of Seedorf & Scheld
        Charles J. Scheld, Esq.
        3453 East Tremont Avenue
        Bronx, New York 10465
        (718) 828-8270
        *Attorneys for Defendant*

116888