USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CRESTA CAPITAL STRATEGIES, L.L.C.,                :

             Plaintiff,                :          08 Civ. 2399 (LAK) (AJP)

         -against-                :          **ORDER**

APPROVED CASH ADVANCE CENTERS, L.L.C.,   :

             Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ANDREW J. PECK, United States Magistrate Judge:**

The Court was seriously displeased that ACA did not have the appropriate client representative at the settlement conference (and the individual who was scheduled to appear at the conference, Greg Steele, also would not have been the right person), and that attorney Anderson, who served as "client representative" clearly did not have "full authorization." Nevertheless, the Court will not impose monetary sanctions on ACA (especially since Mr. Anderson and ACA's counsel traveled up from Tennessee, while plaintiff's clients were local).

If it makes plaintiff or plaintiff's counsel feel any better, the case has caused the Court to modify its standard order for settlement conferences to now require the parties to advise each other and the Court a week before the conference who the client representatives will be and for the parties

C:\OPIN\

2

to advise the Court if they believe their adversary is not bringing the appropriate client representative.

## CONCLUSION

For the reasons set forth above, plaintiff's motion for attorneys' fees (Dkt. No. 24) is DENIED.

SO ORDERED.

Dated:    New York, New York
          July 29, 2008

**Andrew J. Peck**
United States Magistrate Judge

Copies **by fax & ECF** to:    Daniel G. Lyons, Esq.
                               Jeffrey A. Miller, Esq.
                               Charles J. Scheld, Esq.
                               H. Wayne Grant, Esq.
                               John R. Anderson, Esq.
                               William T. Alt, Esq.
                               Judge Lewis A. Kaplan

C:\OPIN\