UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CRESTA CAPITAL STRATEGIES, LLC,

                Plaintiff,

-against-                                    08 Civ. 2399 (LAK)

APPROVED CASH ADVANCE CENTERS, LLC,

                Defendant.
------------------------------------x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

    The plaintiff's motion to disqualify defendant's counsel is denied as moot.

    SO ORDERED.

Dated:      July 30, 2008

                                                _____
                                                      Lewis A. Kaplan
                                                   United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08