**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

CRESTA CAPITAL STRATEGIES, LLC,

                    Plaintiff,

-against-

APPROVED CASH ADVANCE
CENTERS, LLC,

                    Defendant.

----------------------------------------------------------X



Case No. 08 CIV 2399

(Kaplan, J.)
(Peck, Andrew J.)

**NOTICE OF WITHDRAWAL**

    **NOTICE** is herewith given that H. Wayne Grant, Esquire and the law firm of Grant, Konvalinka & Harrison, PC have withdrawn as counsel of record in the above captioned lawsuit and that all further service on the defendant should be made by service upon Charles J. Scheld, Esquire of Seedorf & Scheld, 3453 Tremont Avenue, Bronx, New York 10465 and William T. Alt, Esquire, of William T. Alt, PC, 300 Forest Avenue, Chattanooga, Tennessee 37405.

    Dated: July 18, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```

TO:

Daniel G. Lyons, Esquire
Jeffrey A. Miller, Esquire
WESTERMAN, BALL, EDERER,
 MILLER & SHARFSTEIN, LLP
170 Old Country Road, Suite 400
Mineola, New York 11501
*Attorneys for Plaintiff*

Respectfully submitted,

GRANT, KONVALINKA & HARRISON, PC

_____
H. WAYNE GRANT, Esq., BPR # 01573
Ninth Floor, Republic Centre
Chattanooga, TN 37450
423/756-8400

Approved

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/30/08

Charles J. Scheld, Esquire
LAW OFFICES OF SEEDORF & SCHELD
3453 East Tremont Avenue
Bronx, New York 10465
*Attorneys for Defendant*


William T. Alt, Esquire
WILLIAM T. ALT, PC
300 Forest Avenue
Chattanooga, TN 37405
*Attorneys for Defendant*